## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-30588 |
| | ) | |
| TAJUANA J SAVAGE, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge SCHMETTERER |

### NOTICE OF MOTION

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Gus A. Paloian, Chapter 7 Trustee: gpaloian@seyfarth.com

*To the following persons or entities who were served via regular U.S. Mail:*
See attached service list

PLEASE TAKE NOTICE that on Tuesday, September 22, 2020 at 10:00 am, I will appear before the Honorable Judge Schmetterer, or any judge sitting in that judge's place, and present the Motion To Re-Open Case to Enter a Discharge, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal Appearance in court is necessary or permitted. To Appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objections is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing



_____/s/ David M. Siegel_____

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on September 1, 2020.

_____/s/ David M. Siegel_____
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

_To the following persons or entities who were served via regular U.S. Mail:_

Ms. Tajuana Savage
8031 S. Essex, #2
Chicago, IL  60617

Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ  07601-4303

Advocate Health Care
P.O. Box 4248
Carol Stream, IL  60197-4248

Advocate Medical Group
20110 Governors Highway
Olympia Fields, IL  60461-1088

Advocate Trinity Hospital
2320 E. 93rd St.
Chicago, IL  60617-3982

AFNI
1310 Martin Luther King Drive
P.O. Box 3517
Bloomington, IL  61702

Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL  60604

CB/Carsons/Victorias Secret
P.O. Box 182789
Columbus, OH  43218-2789

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Check N Go
Bankruptcy Dept.
3435 Dempster
Skokie, IL  60076-2441

City of Chicago, Dept. of Revenue
Camera Enforcement Violation
P.O. Box 88292
Chicago, IL  60680-1292

City of Chicago, Dept. of Finance
Parking
P.O. Box 6330
Chicago, IL  60680-6330

Comcast
Bankruptcy Dept.
P.O. Box 1931
Burlingame, CA  94011-1931

Comenity Bank/Carsons
3100 Easton Square Place
Columbus, OH  43219-6232

Commonwealth Edison – Care Center
Bankruptcy Dept.
P.O. Box 6113
Carol Stream, IL  60197-6113

Credit One Bank
P.O. Box 98872
Las Vegas, NV  89193-8872

Hyde Park Dermatology
1525 E. 55th St., Ste. 307
Chicago, IL  60615-5512

IC Systems
444 Highway 96 East
St. Paul, MN  55127-2557

Kass Management
8031 S. Essex Ave.
Chicago, IL  60617-1471

Navient
123 Justison St., 3rd Floor
Wilmington, DE  19801-5363

Navy Federal Credit Union
P.O. Box 3700
Merrifield, VA  22119-3700

PNC Bank
Bankruptcy Dept.
222 Delaware Ave
Wilmington, DE  19801-1621

Progressive Leasing
256 W. Data Drive
Draper, UT  84020-2315

Secretary of State
Safety & Financial Responsibility
2701 S. Dirksen Parkway
Springfield, IL  62723-1000

Secretary of State/License Renewal
17 N State, Ste. 1100
Chicago, IL  60602-3561

State Collection Service
2509 S. Stoughton Rd.
Madison, WI  53716-3314

TD Bank/Target Credit
7000 Target Parkway N
Mailstop NDC-0450
Minneapolis, MN  55445-4301

US Dept. of Education
P.O. Box 90336
St. Louis, MO  63179

Verizon Wireless
Bankruptcy Dept.
500 Technology Drive, Ste. 550
Weldon Spring, MO  63304

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **19-30588** |
| | ) | |
| **TAJUANA J SAVAGE,** | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | **Judge SCHMETTERER** |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL &

ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1.      Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.      The Debtor filed a petition for relief pursuant to Chapter 7 under Title 11 USC on October 28,

2019.  Gus A. Paloian was appointed Trustee in this case.

3.      The §341 Meeting of Creditors was held on December 12, 2019; and the Trustee filed a "no

asset" report.

4.      The Debtor completed the Personal Financial Management instruction on August 29, 2020 and

provided proof thereof. The document was filed with the court on August 29, 2020, after the case was

closed without a discharge on February 14, 2020.

5.      The delay was due to an inadvertent oversight by the Debtor.  The delay was unintentional, and

was not done to cause harm to creditors of the Debtor.

6.      The Debtor seeks leave of the court to allow the late filing of the Personal Financial

Management instruction certificate; and requests that the court re-open the case and direct the Clerk of

the Bankruptcy Court to issue an order of discharge.

WHEREFORE, the Debtor, Tajuana J. Savage, prays that this Honorable Court enter an Order

to allow late filing of Personal Financial Management document, to re-open the case, to direct the issue

of an order of discharge, and for such other relief that the Court deems just and proper.


Respectfully Submitted,

_____ /s/ David M. Siegel _____

David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com